PROB 12A
(7/93)

# United States District Court

## for

### District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Charles Greene

Cr.: 05-00760-001
PACTS #: 39689

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/24/2006

Original Offense: 18:2113A.F; Bank Robbery By Force Or Violence

Original Sentence: 132 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing, Drug Treatment, Mental Health Treatment, DNA testing, Financial Disclosure, No New Debt/Credit, Restitution, Special Assessment, Alcohol Restrictions, Alcohol Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/28/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Greene's supervised release is scheduled to expire on March 27, 2017, with an outstanding balance of $14,940.24. He has only paid $2,367.76 toward his financial obligation since he relies on social security income. |

U..S. Probation Officer Action:
The Probation office recommends that the offender's supervised release term be allowed to expire on March 27, 2017. We request that the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 02/06/2017

Prob 12A – page 2
Charles Greene

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow supervision to terminate on March 27, 2017, with outstanding financial obligation

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/14/17
_____
Date